UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00531-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  MIGUEL SALAIS-DOMINGUEZ;

 Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 A Notice of Disposition was received in the above captioned matter on May 2, 2011.  A Change of Plea Hearing is **SET** for **Monday, August 15, 2011, at 1:30 p.m.** in Courtroom A-1002.

 **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

 Dated: May 6, 2011