IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**    **MIGUEL SALAIS-DOMINGUEZ,**

    Defendant.

---

### ORDER DISMISSING REMAINING COUNTS OF INDICTMENT
### AS TO DEFENDANT MIGUEL SALAIS-DOMINGUEZ ONLY

---

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Remaining Counts of the Indictment as to Defendant Miguel Salais-Dominguez. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

ORDERED that Government's Motion to Dismiss Remaining Counts of Indictment as to Defendant Miguel Salais-Dominguez Only (ECF Doc. #107), filed October 11, 2011, is **GRANTED.** It is further

ORDERED that all remaining counts of the Indictment are **DISMISSED** as to Defendant Miguel Salais-Dominguez only.

Dated:  October 24, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE