AO 247 (Rev. D/CO 03/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:   10-cr-00531-WYD-01 |
| MIGUEL SALAIS-DOMINGUEZ | ) | USM No: 32215-013 |
| | ) | Virginia L. Grady, Federal Public Defender |
| Date of Previous Judgment:  November 1, 2011 | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of **X** the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   ninety (90) months **is reduced to** sixty-three (63) months, to be served concurrently with the sentence imposed in United States District Court, District of Colorado, Docket Number 10-cr-00382-WYD-01.

### I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 120 to 125 months | Amended Guideline Range: | 84 to 105 months | |

### II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❏ The reduced sentence is within the amended guideline range.

**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏ Other *(explain)*:

### III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated November 1, 2011, shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   April 16, 2015 | **s/ Wiley Y. Daniel** |
| | *Judge's signature* |
| Effective Date: November 1, 2015 | Wiley Y. Daniel, Senior U.S. District Judge |
| *(if different from order date)* | *Printed name and title* |